# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151639

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KENNETH JOHN HANNEMAN,
      Defendant-Appellant.

SC: 151639
COA: 326101
Ogemaw CC: 14-004380-FC

_____/

      By order of November 24, 2015, the prosecuting attorney was directed to answer the application for leave to appeal the April 10, 2015 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2016



Clerk

s0525